PROSKAUER ROSE LLP
Lawrence I. Weinstein
Michael Mervis
John D. Roesser
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated,

               Plaintiff,

-against-

APPLE, INC.,

               Defendant.

------------------------------------ x

**JUDGE CASTEL**

**07 CIV 8404**

07 Civ. No. _____

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Apple, Inc. ("Apple"), through its counsel, hereby certifies that: (i) Apple has no parent corporation; and (ii) according to Apple's Proxy Statement filed with the United States Securities and Exchange Commission in April 2007, there are no publicly held corporations that hold more than 10% of Apple's outstanding common stock.

Dated: New York, New York
       September 27, 2007



RECEIVED
SEP 27 2007
U.S. ___ S.D.N.Y.
CASHIERS

PROSKAUER ROSE LLP

By: _____
Lawrence I. Weinstein
Michael Mervis
John D. Roesser
1585 Broadway
New York, New York 10036
(212) 969-3000

*Attorneys for Defendant*