PROSKAUER ROSE LLP
Lawrence I. Weinstein
Michael Mervis
John D. Roesser
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
HERBERT H. KLIEGERMAN, on behalf of himself
and others similarly situated,

                          Plaintiff,

      -against-

APPLE, INC.,

                          Defendant.
--------------------------------------------------------------- x

07 Civ. No. 8404 (PKC)

**NOTICE OF FILING OF NOTICE OF REMOVAL**

New York Supreme Court, County of New York Index No. 111681/07

TO:    Clerk of Court
          Supreme Court of New York
          County of New York

          Randall S. Newman, Esq.
          Randall S. Newman, P.C.
          80 Wall Street, Suite 815
          New York, New York 10055
          (212) 797-3737
          Attorney for Plaintiff

NEW YORK
COUNTY CLERK'S OFFICE

SEP 27 2007

NOT COMPARED
WITH COPY FILE

       PLEASE TAKE NOTICE that the within is a true copy of the Notice of Removal filed in the United States District Court for the Southern District of New York on September 27, 2007.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, the filing of said Notice of Removal in the United States District Court, together with the filing of a copy of said Notice with this Court, effects the removal of the above-captioned action.

Dated: New York, New York
       September 27, 2007

PROSKAUER ROSE LLP

By: _____
Lawrence I. Weinstein
Michael Mervis
John D. Roesser
1585 Broadway
New York, New York 10036
(212) 969-3000

*Attorneys for Defendant*

