UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated,<br><br>                   Plaintiff,<br><br>    – against –<br><br>APPLE, INC.,<br><br>                   Defendants. | ECF Case<br><br>Case #: 07-cv-8404 (PKC)(JCF) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

      Please enter the appearance of RANDALL S. NEWMAN, P.C., The Trump Building, 40 Wall Street, 61st Floor, New York, New York 10005, as attorneys of record for the Plaintiff, HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated in the above-captioned matter.

Dated:  New York, New York
         October 2, 2007

                                                                       RANDALL S. NEWMAN, P.C.

                                                                       s/ Randall S. Newman
                                                                       Randall S. Newman, Esq. (RN7862)
                                                                       The Trump Building
                                                                       40 Wall Street, 61st Floor
                                                                       New York, New York, 10005
                                                                       Tel: (212) 797-3737

                                                                       *Attorney for Plaintiff*