UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
HERBERT H. KLIEGERMAN, on behalf of : 07 Civ No 8404 (PKC)
himself and others similarly situated, :
:
Plaintiff, : **AFFIDAVIT OF SERVICE**
:
against :
:
APPLE, INC., :
:
Defendant. :
------------------------------------- X


STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

KENNETH BIGLIANI, being duly sworn, deposes and states:

1. I am not a party to this action, am over the age of eighteen and reside in Jersey City, NJ.

2. On September 27, 2007, at approximately 3:30 p.m**. I served a true of copy of Defendant's NOTICE OF FILING OF NOTICE OF REMOVAL** upon the following:


        CLERK OF THE COURT
        NEW YORK SUPREME COURT, COUNTY OF NEW YORK
        60 Centre Street
        New York, New York 10036


3. Service was effectuated by personally filing a true copy of the above referenced document with Deputy Clerk, Mr. Jack Doley who represented that she was authorized to accept the filing of the aforesaid NOTICE on behalf of the Clerk of the Court, County of New York.

-2-

4. Ms. Doley is described as a Caucasian male, approximately sixty years of

of age, approximately 5'11" tall with hazel eyes and gray hair.

                                                  KENNETH BIGLIANI
                                                  License No: 0849721

Sworn to before me this
3rd day of October, 2007

Notary Public

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011

-2-