UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
HERBERT H.KLIEGERMAN, on behalf of       :      07 Civ No. 8404 (PKC)
himself and others similarly situated,   :
                                         :      **AFFIDAVIT OF SERVICE**
                        Plaintiff,       :
                                         :
       against                           :
                                         :
APPLE, INC.,                             :
                                         :
                        Defendant.       :
------------------------------------X


STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

KENNETH BIGLIANI, being duly sworn, deposes and states:

1. I am not a party to this action, am over the age of eighteen and reside in Jersey City, NJ.

2. On September 27, 2007, at approximately 4:15 p.m. **I served true copies of (I) Defendant's NOTICE OF FILING OF NOTICE OF REMOVAL; (II) PROCEDURES FOR ELECTRONIC CASE FILING; (III) 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE; (IV) GUIDELINES FOR ELECTRONIC CASE FILING; (V) INDIVIDUAL PRACTICES OF P KEVIN CASTEL; (VI) INDIVIDUAL PRACTICES OF JAMES C. FRANCIS** upon the following:

           Randall S. Newman, P.C.
           80 Wall Street, Suite 815
           New York, New York 10055
           Attorney for Plaintiff

3. Service was effectuated by personally delivering and leaving true copies of the above referenced documents with Randall S. Newman who represented that he was member of Randall S. Newman, P.C.

4. Mr. Newman is described as Caucasian male, approximately forty five years of age, approximately 5'10" tall with brown eyes and brown hair.

KENNETH BIGLIANI
License No: 0849721

Sworn to before me this
3rd day of October, 2007

Notary Public

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011

-2-