```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf of
himself and others similarly situated,

              Plaintiff,

   against

APPLE, INC.

             Defendant.

---

07 CV 8404 (PKC)

STIPULATION EXTENDING TIME TO
APPEAR, ANSWER, MOVE OR OTHERWISE
RESPOND

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective parties hereto, that the time for Defendant Apple, Inc. to appear, answer, move, or otherwise respond to Plaintiff's Complaint, shall be extended to and include October 26, 2007. This action was removed from the Supreme Court of the State of New York, County of New York on September 27, 2007. Pursuant to Federal Rule of Civil Procedure 81(c), the original date for Defendant Apple, Inc. to appear, answer, move or otherwise respond to Plaintiff's Complaint is October 4, 2007. This is the first request for an extension of time.

Dated: October 1, 2007

RANDALL S. NEWMAN P.C.

By: _____
    Randall S. Newman
    The Trump Building
    40 Wall Street, 61st Floor
    New York, NY 10005
    212.797.3737

*Attorneys for Plaintiff*
*Herbert H. Kliegerman*

PROSKAUER ROSE LLP

By: _____
    Lawrence I. Weinstein
    Michael T. Mervis
    John D. Roesser
    1585 Broadway
    New York, NY 10036
    212.969.3009

*Attorneys for Defendant*
*Apple Inc.*

So Ordered: _[signature]_

P. Kevin Castel
United States District Judge

10-4-07