UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf of
himself and others similarly situated,

       Plaintiff,

 against

APPLE, INC.

       Defendant.

---

07 CV 8404 (PKC)

NOTICE OF APPEARANCE

  Please enter the appearance of John D. Roesser, Proskauer Rose LLP, 1585 Broadway, New York, New York 10036, as attorney of record for Defendant, Apple, Inc., in the above-captioned matter.

Dated: New York, New York
   October 3, 2007

                _____
                John D. Roesser
                PROSKAUER ROSE LLP
                1585 Broadway
                New York, NY 10036
                (212) 969-3388
                jroesser@proskauer.com

                *Attorneys for Defendant*
                *Apple Inc.*