```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf of
himself and others similarly situated,

                Plaintiff,

   against

APPLE, INC.

                Defendant.

07 CV 8404 (PKC)

STIPULATION EXTENDING TIME TO
APPEAR, ANSWER, MOVE OR OTHERWISE
RESPOND

---

      WHEREAS, Pursuant to stipulation dated October 1, 2007 and so ordered by the Court on October 4, 2007, the date for Defendant Apple, Inc. ("Apple") to appear, answer, move or otherwise respond to Plaintiff's Complaint is October 26, 2007; and

      WHEREAS, Plaintiff intends to amend its Complaint but has not yet done so;

      IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective parties hereto as follows:

      1.     Plaintiff will file and serve its Amended Complaint on November 16, 2007;

      2.     The time for Apple to appear, answer, move, or otherwise respond to Plaintiff's Amended Complaint, shall be extended to December 13, 2007;

      3.     If Apple moves to dismiss Plaintiff's Amended Complaint, Plaintiff's opposition to Apple's motion to dismiss shall be due on January 11, 2008 and Apple's reply brief in support of its motion to dismiss shall be due on February 1, 2008;

      4.     This is the second request for an extension of time.

Dated: October 25, 2007

RANDALL S. NEWMAN P.C.

By: _____
Randall S. Newman
The Trump Building
40 Wall Street, 61st Floor
New York, NY 10005
212.797.3737

Mark C. Rifkin
Alexander H. Schmidt
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Ave.
New York, NY 10016
212.545.4600

Stephen P. DeNittis
Schabel & DeNittis, P.C.
5 Greentree Centre
Suite 302
Marlton, NJ 08053
856.797.9951

*Attorneys for Plaintiff
Herbert H. Kliegerman*

PROSKAUER ROSE LLP

By: _____
Lawrence I. Weinstein
Michael T. Mervis
John D. Roesser
1585 Broadway
New York, NY 10036
212.969.3009

*Attorneys for Defendant
Apple Inc.*

So Ordered: _____
P. Kevin Castel
United States District Judge
10-25-07

-2-