```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERBERT H. KLIEGERMAN,

    -against-

APPLE INC.,

        Defendant.

07 CV 8404 (PKC)

**STIPULATION & ORDER
SUBSTITUTING COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that Hanno F. Kaiser of the law firm Latham & Watkins LLP be substituted as counsel for Defendant Apple Inc., in the place of Lawrence Weinstein, Michael Mervis, John D. Roesser, and Anna Kaminska of the law firm Proskauer Rose LLP.

Dated: New York, New York
       November 2, 2007

PROSKAUER ROSE LLP

By: _____
    John D. Roesser

1585 Broadway
New York, NY 10036
(212) 969-3388

LATHAM & WATKINS LLP

By: _____
    Hanno F. Kaiser

885 Third Avenue - Suite 1000
New York, NY 10022
(212) 906-1252

_____
Apple Inc. - Defendant

SO ORDERED: _____
Hon. P. Kevin Castel

NY\848153.1    11-02-07