**DLS** **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
HERBERT H. KLIEGERMAN, on behalf of
himself and others similarly situated,

                                            AFFIDAVIT OF SERVICE
    -V-                                          Case Number 07-CV-09404-PKC

APPLE, INC. AND AT&T MOBILITY, LLC,
-------------------------------------------------X
STATE OF NEW YORK    )
        S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is an employee of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 26TH day of November, 2007, at approximately the time of 12:15P.M., deponent served a copy of the SUMMONS AND AMENDED CLASS ACTION COMPLAINT AND ELECTRONIC FILING INSTRUCTIONS upon AT&T MOBILITY, LLC, c/o Registered Agent, Corporation Service Company, 80 State Street, Albany, New York, by personally delivering and leaving the same with NIKKI CHAPPLE who informed deponent that she holds the position of SERVICE OF PROCESS REPRESENTATIVE with that department and is authorized by appointment to receive service at that address.

        NIKKI CHAPPLE is a black female, approximately 38 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 175 pounds with black hair and wears glasses.

_[signature]_
DEBORAH LaPOINTE
Sworn to before me this
26TH day of November, 2007

_[signature]_
NOTARY PUBLIC
Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

., Inc.
tate St.
20
y, NY 12207
43-1058
disny.com