**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated, | 07 CV 8404 (PKC) |
| Plaintiff, | **ELECTRONICALLY FILED** |
| v. | **STIPULATION EXTENDING TIME TO APPEAR, ANSWER, MOVE OR OTHERWISE RESPOND** |
| APPLE, INC., AT&T MOBILITY LLC, | |
| Defendants | |

---

WHEREAS, Plaintiff filed its Amended Complaint, naming for the first time AT&T Mobility, LLC ("ATTM") as a Defendant in this matter, on November 16, 2007;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective parties hereto as follows:

1. Defendants Apple Inc. ("Apple") and ATTM's time to appear, answer, move, or otherwise respond to Plaintiff's Amended Complaint, shall be extended to January 10, 2008.

2. If Apple and/or ATTM respond to Plaintiff's Amended Complaint by motion, Plaintiff's opposition to such motion(s) shall be due February 25, 2008, and the reply brief(s) in support of the motion(s) shall be due on March 10, 2008.

3. This is the first request for an extension of time for ATTM and the third request for an extension of time by Plaintiff and Apple.

4. This stipulation may be signed in counterparts. Facsimile signatures are binding as originals.

Dated:  December 7, 2007

| | |
|---|---|
| WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br><br>BY: /s/ *signature*<br><br>Mark C. Rifkin<br>Alexander H. Schmidt<br>270 Madison Ave.<br>New York, NY  10016<br>212.545.4600<br><br><br>Randall S. Newman<br>Randall S. Newman, P.C.<br>The Trump Building<br>40 Wall Street, 61st Floor<br>New York, NY  10005<br>212.797.3737<br><br><br>Stephen P. DeNittis<br>Schabel & DeNittis, P.C.<br>5 Greentree Centre<br>Suite 302<br>Marlton, NJ 08053<br>856.797.9951<br><br>*Attorneys for Plaintiff*<br><br>Herbert H. Kliegerman | CROWELL & MORING<br><br>BY:_____<br><br>Timothy Fierst<br>153 East 53rd Street, 31st Floor<br>New York, NY  10022<br>212.895.4263<br><br>*Attorneys for Defendant*<br><br>*AT&T Mobility, LLC*<br><br><br>LATHAM & WATKINS LLP<br><br>BY: /s/ *signature*<br><br>Hanno F. Kaiser<br>885 Third Avenue – Suite 1000<br>New York, NY  10022<br>(212) 906-1252<br><br>*Attorneys for Defendant*<br><br>*Apple, Inc.* |

**IT IS SO ORDERED**


BY:_____
   P. Kevin Castel
   United States District Judge

Dated: December 7, 2007

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

BY:_____

    Mark C. Rifkin
    Alexander H. Schmidt
    270 Madison Ave.
    New York, NY 10016
    212.545.4600

    Randall S. Newman
    Randall S. Newman, P.C.
    The Trump Building
    40 Wall Street, 61st Floor
    New York, NY 10005
    212.797.3737

    Stephen P. DeNittis
    Schabel & DeNittis, P.C.
    5 Greentree Centre
    Suite 302
    Marlton, NJ 08053
    856.797.9951

*Attorneys for Plaintiff*

*Herbert H. Kliegerman*

CROWELL & MORING LLP

BY: /s/ Timothy J. Fierst

    Timothy J. Fierst (TF:3247)
    153 East 53rd Street, 31st Floor
    New York, NY 10022
    212.895.4200

*Attorneys for Defendant*

*AT&T Mobility, LLC*

LATHAM & WATKINS LLP

BY:_____

    Hanno F. Kaiser
    885 Third Avenue – Suite 1000
    New York, NY 10022
    (212) 906-1252

*Attorneys for Defendant*

*Apple, Inc.*

**IT IS SO ORDERED**

BY:_____
    P. Kevin Castel
    United States District Judge