USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·10·07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated,

    Plaintiff,

-against-

APPLE INC. and AT&T MOBILITY, LLC,

    Defendants.

07 Civ. 8404 (PKC)

**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

This matter having been brought before the Court by motion to admit Daniel M. Wall *pro hac vice* to appear and participate as counsel for Defendant Apple Inc. in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Daniel M. Wall of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for Apple Inc. in these proceedings, *subject to payment of fee*

Dated: December 7, 2007

                                                Honorable P. Kevin Castel
                                              United States District Judge