UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERBERT H. KLIEGERMAN, on behalf of
himself and others similarly situated,

          Plaintiff,

-against-

APPLE INC. and AT&T MOBILITY, LLC,

          Defendants.

07 Civ. 8404 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

**ORDER GRANTING MOTION TO**
**ADMIT COUNSEL PRO HAC VICE**

      This matter having been brought before the Court by motion to admit Christopher S. Yates *pro hac vice* to appear and participate as counsel for Defendant Apple Inc. in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

      ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Christopher S. Yates of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for Apple Inc. in these proceedings, *subject to payment of fee*

Dated: 12-7, 2007

                                      Honorable P. Kevin Castel
                                      United States District Judge