Castel/J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated,

    Plaintiff,

v.

APPLE, INC., AT&T MOBILITY LLC,

    Defendants

07 CV 8404 (PKC)

**ELECTRONICALLY FILED**

**STIPULATION EXTENDING TIME TO APPEAR, ANSWER, MOVE OR OTHERWISE RESPOND**

---

WHEREAS, Plaintiff filed its Amended Complaint, naming for the first time AT&T Mobility, LLC ("ATTM") as a Defendant in this matter, on November 16, 2007;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective parties hereto as follows:

1. Defendants Apple Inc. ("Apple") and ATTM's time to appear, answer, move, or otherwise respond to Plaintiff's Amended Complaint, shall be extended to January 10, 2008.

2. If Apple and/or ATTM respond to Plaintiff's Amended Complaint by motion, Plaintiff's opposition to such motion(s) shall be due February 25, 2008, ~~and the reply brief(s) in support of the motion(s) shall be due on March 10, 2008.~~ *Nothing herein excepts any party from the premotion conference requests procedure.*

3. This is the first request for an extension of time for ATTM and the third request for an extension of time by Plaintiff and Apple.

4. This stipulation may be signed in counterparts. Facsimile signatures are binding as originals.

*PKC*

Dated: December 7, 2007

| | |
|---|---|
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | CROWELL & MORING |

BY: /s/ *[signature]*

    Mark C. Rifkin
    Alexander H. Schmidt
    270 Madison Ave.
    New York, NY 10016
    212.545.4600

BY:_____

    Timothy Fierst
    153 East 53rd Street, 31st Floor
    New York, NY 10022
    212.895.4263

*Attorneys for Defendant*

*AT&T Mobility, LLC*

Randall S. Newman
Randall S. Newman, P.C.
The Trump Building
40 Wall Street, 61st Floor
New York, NY 10005
212.797.3737

LATHAM & WATKINS LLP

BY: /s/ *[signature]*

    Hanno F. Kaiser
    885 Third Avenue – Suite 1000
    New York, NY 10022
    (212) 906-1252

Stephen P. DeNittis
Schabel & DeNittis, P.C.
5 Greentree Centre
Suite 302
Marlton, NJ 08053
856.797.9951

*Attorneys for Defendant*

*Apple, Inc.*

*Attorneys for Plaintiff*

*Herbert H. Kliegerman*

IT IS SO ORDERED

BY: /s/ *[signature]*
P. Kevin Castel
United States District Judge

12-12-07

Dated: December 7, 2007

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

BY:_____

    Mark C. Rifkin
    Alexander H. Schmidt
    270 Madison Ave.
    New York, NY 10016
    212.545.4600

    Randall S. Newman
    Randall S. Newman, P.C.
    The Trump Building
    40 Wall Street, 61st Floor
    New York, NY 10005
    212.797.3737

    Stephen P. DeNittis
    Schabel & DeNittis, P.C.
    5 Greentree Centre
    Suite 302
    Marlton, NJ 08053
    856.797.9951

*Attorneys for Plaintiff*

    Herbert H. Kliegerman

CROWELL & MORING LLP

BY: _/s/ Timothy J. Fierst_

    Timothy J. Fierst (TF:3247)
    153 East 53rd Street, 31st Floor
    New York, NY 10022
    212.895.4200

*Attorneys for Defendant*

*AT&T Mobility, LLC*

LATHAM & WATKINS LLP

BY:_____

    Hanno F. Kaiser
    885 Third Avenue – Suite 1000
    New York, NY 10022
    (212) 906-1252

*Attorneys for Defendant*

*Apple, Inc.*

**IT IS SO ORDERED**

BY:_____
    P. Kevin Castel
    United States District Judge