UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERBERT H. KLIEGERMAN, on behalf of
himself and others similarly situated,

                Plaintiff,

- against -

APPLE, INC. and AT&T MOBILITY, LLC,

                Defendants.

Case No.: 07-cv-08404 (PKC)

ECF Case

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Randall S. Newman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    Norman Shabel
    Firm Name:    Shabel & DeNittis, P.C.
    Address:    5 Greentree Centre
        Suite 302
    City/State/Zip:    Marlton, New Jersey 08053
    Phone Number:    (856) 797-9951
    Fax Number:    (856) 797-9978

Norman Shabel is a member in good standing of the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Norman Shabel in any State or Federal court. The Defendant's counsel has consented to Norman Shabel's admission *pro hac vice*.

Dated: New York, New York
      December 10, 2007      Respectfully submitted,

RANDALL S. NEWMAN, P.C.

By: *[signature]*
Randall S. Newman (RN7862)
Randall S. Newman, P.C.
40 Wall Street, 61st Floor
New York, New York 10005
(212) 797-3737

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated,

              Plaintiff,

- against -

APPLE, INC. and AT&T MOBILITY, LLC,

              Defendants.

Case No.: 07-cv-08404 (PKC)

ECF Case

---

## DECLARATION OF RANDALL S. NEWMAN

RANDALL S. NEWMAN, declares, pursuant to the provisions of 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in the State of New York and in this Court, and I am a principal in the law firm of Randall S. Newman, P.C., counsel for the Plaintiff in this action. I respectfully submit this declaration in support of the Plaintiff's motion pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order granting Norman Shabel admission *pro hac vice* to the bar of this Court on behalf of the Plaintiff.

2. I am a member in good standing of the Bar of this Court.

3. Mr. Shabel is a member in good standing of the bar of the State of New Jersey. Mr. Shabel's Affidavit, dated December 7, 2007, with a Certificate of Good Standing for the bar of the State of New Jersey is attached hereto as Exhibit "A".

4. Mr. Shabel is a partner with the offices of Shabel & DeNittis, P.C., 5 Greentree Centre, Suite 302, Marlton, New Jersey 08053 (856) 797-9951.

5. An affidavit from Norman Shabel, Esq., accompanies this motion. Certificates of good standing from the jurisdictions where he is admitted, issued within the last thirty days as required by Local Rule 1.3(c), are also attached.

6.     The Defendants' counsel has consented to the admission of Norman Shabel *pro hac vice*.

7.     I respectfully request that given the routine nature of this motion, this Court permit this motion without an accompanying memorandum of law.

WHEREFORE, it is respectfully requested that this Court grant the Plaintiff's motion for an order permitting Norman Shabel to appear in this action *pro hac vice* on behalf of the Plaintiff.

Dated: New York, New York
       December 10, 2007

*[signature]*
Randall S. Newman  (RN7862)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf
Of himself and all others similarly situated,

               Plaintiff,

-against-

APPLE, INC.,

               Defendant.

---

Case No. 07-cv-8404 (PKC)

CERTIFICATE OF SERVICE

    I hereby certify that copies of the Motion to Admit Counsel Pro Hac Vice were mailed by first class mail, postage prepaid, on the 11th day of December, 2007 to:

Hano F. Kaiser, Esq.
Latham & Watkins, LLP
885 Third Avenue – Suite 1000
New York, NY 10022

Timothy Fierst, Esq.
Crowell & Moring
153 East 53rd Street, 31st Floor
New York, NY 10022

Dated: December 11, 2007

                                         _/s/ Randall S. Newman_
                                         Randall S. Newman (RN7862)
                                         Randall S. Newman, P.C.
                                         40 Wall Street, 61st Floor
                                         New York, NY 10005

                                         *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf of
himself and others similarly situated,

        Plaintiff,

- against -

APPLE, INC. and AT&T MOBILITY, LLC,

        Defendants.

Case No.: 07-cv-08404 (PKC)

ECF Case

---

### AFFIDAVIT OF NORMAN SHABEL

STATE OF NEW JERSEY    :
                         : ss:
COUNTY OF BURLINGTON   :

Norman Shabel, having been duly sworn under oath, according to law, deposes and says as follows:

1.    I am an attorney at law in the State of New Jersey and I am a partner in the law firm of Shabel & DeNittis, P.C.

2.    I submit this affidavit in support of a motion to be admitted *pro hac vice* for the purposes of participating as counsel in the above-captioned case.

3.    I have not established a domicile in the State of New York.

4.    I have not established a place for the regular practice of law in the State of New York, nor the United States District Court for the Southern District of New York, nor do I hold myself out to the public as practicing New York law;

3

5.  I have been licensed to practice and in active practice in the New Jersey Bar since 1969, a copy of a certificate of good standing for the State of New Jersey is attached hereto;;

6.  I am a member in good standing in the federal Bars of the United States District Court for the District of New Jersey since 1969.

7.  I have never been publicly disciplined, suspended nor disbarred by any court.

8.  For the purposes of this lawsuit, I am associated with the law firm of Randall S. Newman, P.C., 40 Wall Street, 61st Floor, New York, New York, 10005 who will be associated with our office for all purposes during the pendency of the within case.

9.  I am aware that the facts contained in this Affidavit will be relied upon by this Court and I am further aware that if any of the facts contained herein are willfully false that I am subject to both Civil and Criminal punishment.

WHEREFORE, your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this matter.

_____
Norman Shabel

Sworn to and subscribed before
me this 6th day of December, 2007

_____
Notary Public

CATHERINE M. LUSBY
NOTARY PUBLIC OF NEW JERSEY
Commission Expires.....7-10-12

4

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **NORMAN J SHABEL** (No. **256531969**) was constituted and appointed an Attorney at Law of New Jersey on **November 26, 1969** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **November**, 20 **07**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf
Of himself and all others similarly situated,

                Plaintiff,

-against-


APPLE, INC.,

                Defendant.

---

Case No. 07-cv-8404 (PKC)

ORDER GRANTING MOTION TO
ADMIT COUNSEL PRO HAC VICE

This matter having been brought before the Court by motion to admit Norman Shabel *pro hac vice* to appear and participate as counsel for the Plaintiff in the above-captioned action, and the affidavit of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bars of the states in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Norman Shabel of the New Jersey bar is admitted *pro hac vice*, subject to the payment of the fee to the Clerk of Court.

Dated: December __, 2007

                                            Honorable P. Kevin Castel
                                            United States District Judge

1