```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

HERBERT H. KLIEGERMAN, on behalf
Of himself and all others similarly situated,

                Plaintiff,

-against-


APPLE, INC.,

                Defendant.

---

Case No. 07-cv-8404 (PKC)

ORDER GRANTING MOTION TO
ADMIT COUNSEL PRO HAC VICE

      This matter having been brought before the Court by motion to admit Norman Shabel *pro hac vice* to appear and participate as counsel for the Plaintiff in the above-captioned action, and the affidavit of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bars of the states in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

      ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Norman Shabel of the New Jersey bar is admitted *pro hac vice*, subject to the payment of the fee to the Clerk of Court.

Dated: December 27, 2007

                                                    Honorable P. Kevin Castel
                                                    United States District Judge