LATHAM & WATKINS LLP

Daniel M. Wall (*Admitted Pro Hac Vice*)
Christopher S. Yates (*Admitted Pro Hac Vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

*Attorneys for Defendant* APPLE INC.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated,<br><br>                              Plaintiff,<br><br>     -against-<br><br>APPLE INC. and AT&T MOBILITY, LLC,<br><br>                              Defendants. | 07 Civ. 08404 (PKC) |

**DECLARATION OF CHRISTOPHER S. YATES IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

          I, the undersigned, Christopher S. Yates, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

          1.     I am over the age of 18 and a partner with the law firm of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA  94111, (415) 391-0500, attorneys of record for defendant in the above-captioned litigation.  I am a member in good

1

standing of the State Bar of California and am admitted *pro hac vice* in this action. I respectfully submit this declaration in support of Apple Inc.'s motion to transfer.

2.  Attached as Exhibit A is a true and correct copy of the First Amended Complaint filed in *Smith v. Apple Inc., AT&T Mobility, LLC, et al.*, filed on November 2, 2007 in Santa Clara County Superior Court. Apple removed the *Smith* case to the United States District Court for the Northern District of California.

3.  Attached as Exhibit B is a true and correct copy of the Complaint filed in *Holman v. Apple Inc., AT&T Mobility, LLC, et al.*, on October 5, 2007 in the Northern District of California.

4.  Attached as Exhibit C is a true and correct copy of Apple's Administrative Motion to consider whether the *Smith* and *Holman* cases should be deemed "related," filed November 9, 2007.

5.  Attached as Exhibit D is a true and correct copy of the Court's Order granting Apple's Administrative Motion entered on November 30, 2007.

6.  Attached as Exhibit E is a true and correct copy of the Stipulation and Order to Enlarge Time for Plaintiff to File a Consolidated Amended Complaint entered on January 2, 2008 in, *In Re Apple and AT&TM Anti-Trust Litigation*, 07 Civ. 05152 JW.

Executed at San Francisco, California on January 18, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                     /s/ Christopher S. Yates
                                                     Christopher S. Yates