# EXHIBIT E

M. Van Smith (CA Bar No. 32007)
Damian R. Fernandez (CA Bar No. 206662)
**LAW OFFICE OF DAMIAN R. FERNANDEZ**
14510 Big Basin Way, Suite A, PMB 285
Saratoga, California 95070-6091
Telephone: (408) 355-3021
Facsimile: (408) 904-7391
<u>Email</u>:  mvsmith@sbcglobal.net
        damianfernandez@gmail.com

Max Folkenflik (*pro hac vice*)
**FOLKENFLIK & McGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400
Facsimile: (212) 757-2010
<u>Email</u>:  max@fmlaw.net

Co-Lead Counsel for Plaintiffs and the Proposed Classes
*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In Re Apple & AT&TM Anti-Trust Litigation | NO. C 07-05152 JW<br><br>**STIPULATION ENLARGING TIME FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT**<br><br>**(CIVIL LOCAL RULES 6-1, 6-2, 7-12)**<br><br>Judge:  Honorable James Ware<br><br>Action Filed:  10/05/2007<br>CMC:        01/28/2008 |

    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and

Defendants, through their respective counsel:

    1.    The due date for the Consolidated Amended Complaint shall be extended from

December 30, 2007 to January 18, 2008.

**– 1 –**

**STIPULATION ENLARGING TIME TO**    **C 07-05152-JW**
**FILE CONSOLIDATED COMPLAINT**

2.    The due date for the Answer or briefing schedule shall be as follows:

| Pleading | Due Date |
|---|---|
| Answer or Motion | February 25, 2008 |
| Opposition Briefs | March 28, 2008 |
| Reply Briefs | April 11, 2008 |

3.    As required by Civil Local Rule 6-2(a), counsel for plaintiffs are concurrently filing a declaration in support of this Stipulation.

**IT IS SO STIPULATED:**

Dated: December 22, 2007                    Respectfully submitted,

**LAW OFFICE OF DAMIAN R. FERNANDEZ**

By:    /s/ Damian R. Fernandez
M. Van Smith
Damian R. Fernandez

**LAW OFFICE OF JOSEPH ANTONELLI**
Joseph Antonelli (CA Bar No. 137039)
Janelle C. Carney (CA Bar No. 201570)

**LAW OFFICES OF KEVIN T. BARNES**
Kevin T. Barnes (CA Bar No. 138477)
Gregg Lander (CA Bar No. 194018)

*Plaintiffs' Co-Lead Counsel*

Dated: December 22, 2007                    **FOLKENFLIK & McGERITY**

By:    /s/ Max Folkenflik
Max Folkenflik, Esq.
Margaret Folkenflik, Esq.

**HOFFMAN & LAZEAR**
H. Tim Hoffman (CA Bar No. 49141)
Arthur W. Lazear (CA Bar No. 83603)

*Plaintiffs' Co-Lead Counsel*

///

– 2 –

**STIPULATION ENLARGING TIME TO FILE CONSOLIDATED COMPLAINT**          C 07-05152-JW

Dated: December 23, 2007                     Respectfully submitted,

                                             **CROWELL & MORING** LLP


                                  By:        /s/ Daniel Sasse
                                             Daniel Sasse
                                             Attorneys for Defendant
                                             AT&T MOBILITY LLC

Dated: December 26, 2007                     Respectfully submitted,

                                             **LATHAM & WATKINS** LLP


                                  By:        /s/ Christopher S. Yates
                                             Christopher S. Yates
                                             Attorneys for Defendant
                                             APPLE INC.



### ELECTRONIC CASE FILING ATTESTATION

### (General Order No. 45(X)(b))

I, Damian R. Fernandez, attest that concurrence in the fling of this document has been

obtained from each of the other signatories.

Dated: December 26, 2007                     LAW OFFICE OF DAMIAN R. FERNANDEZ


                                  By:        /s/ Damian R. Fernandez
                                             Damian R. Fernandez


### PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: __ January 2, 2008 _____            _____
                                             **HON. JAMES WARE**
                                             United States District Judge

///

///

– 3 –

**STIPULATION ENLARGING TIME TO**          C 07-05152-JW
**FILE CONSOLIDATED COMPLAINT**

## CERTIFICATE OF SERVICE

I am over the age of 18 years, an active member of the State Bar of California, and not a party to this cause. My business address is Law Office of Damian R. Fernandez, 14510 Big Basin Way, Suite A, PMB 285, Saratoga, California 95070-6091.

On **December 26, 2007**, I served the document(s) described as:

▪ **STIPULATION ENLARGING TIME FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT**

to the parties listed below and in the following manner described preceding each list of recipients:

### BY NOTICE OF ELECTRONIC FILING

The following persons were served **electronically** by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152-JW:

**Attorneys for Apple**
➢ Adrian Frank Davis                adrian.davis@lw.com
➢ Alfred Carroll Pfeiffer, Jr.      Al.Pfeiffer@lw.com
➢ Daniel Murray Wall               dan.wall@lw.com
➢ Christopher S. Yates              chris.yates@lw.com

**Attorneys For AT&T Mobility**
➢ David Eldon Crowe                dcrowe@crowell.com
➢ Donald M. Falk                   dfalk@mayerbrown.com
➢ Jeffrey H. Howard                jhoward@crowell.com
➢ Christopher E. Ondeck            condeck@crowell.com
➢ Daniel Allen Sasse               dsasse@crowell.com
➢ Wm. Randolph Smith               wrsmith@crowell.com

**Co-Lead Counsel for Plaintiffs**
➢ Max Folkenflik                   max@fmlaw.net
➢ H. Tim Hoffman                   hth@hoffmanandlazear.com
➢ Arthur William Lazear            awl@hoffmanandlazear.com
➢ Morgan Matthew Mack              mmm@hoffmanandlazear.com
➢ Alfred C. Pfeiffer, Jr.          al.pfeiffer@lw.com

### BY ELECTRONIC EMAIL

The following persons were served by **regular electronic mail** because they have not registered for Electronic Case Filing with this Court:

**Co-Lead Counsel for Plaintiffs**
➢ Margaret McGerity               mmcgerity@fmlaw.net

**Attorneys For AT&T Mobility**
➢ Archis A. Parasharami           aparasharami@mayerbrown.com

///

– 4 –

| | **BY U.S. MAIL** |
|---|---|

I enclosed the above-described document(s) in a sealed envelope or package addressed as set forth below and delivered such document(s) to the United States Postal Service on the same day with postage thereon fully prepaid:

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

– 5 –

**STIPULATION ENLARGING TIME TO FILE CONSOLIDATED COMPLAINT**     C 07-05152-JW