LATHAM & WATKINS LLP

Daniel M. Wall *(Admitted Pro Hac Vice)*
Christopher S. Yates *(Admitted Pro Hac Vice)*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

Attorneys for Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HERBERT H. KLIEGERMAN, on behalf of himself and others similarly situated,<br><br>                                Plaintiff,<br><br> -against-<br><br>APPLE INC. and AT&T MOBILITY, LLC,<br><br>                                Defendants. | 07 Civ. 08404 (PKC) |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT APPLE INC.'S**
**MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

Pursuant to Federal Rule of Evidence 201, Defendant Apple Inc. ("Apple") hereby requests that the Court take judicial notice of Form 15 from AT&T Mobility LLC's filing with the Securities and Exchange Commission, a true and correct copy of which is attached hereto as Exhibit A, in ruling on Apple's Motion to Transfer Pursuant to 28 U.S.C. § 1406(a).

This Court may consider "documents appended to the complaint or incorporated in the complaint by reference, and []matters of which judicial notice may be taken." *Tarshis v. Riese Org.*, 211 F.3d 30, 39 (2d Cir. 2000). Judicial notice of the attached document is appropriate under Federal Rule of Evidence 201, because it is a public filing with the United States Securities and Exchange Commission "capable of accurate and ready determination." Fed. R. Evid. 201(b)(2).

Dated:    San Francisco, California
          January 18, 2008

                              LATHAM & WATKINS LLP


                              By:_____/s/ Christopher S. Yates_____
                              Christopher S. Yates *(Admitted Pro Hac Vice)*
                              505 Montgomery Street, Suite 2000
                              San Francisco, CA 94111
                              (415) 391-0600

                              Attorneys for Defendant
                              APPLE INC.